```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
PEDRO LIZ, *on behalf of himself and all others similarly*       :
*situated*,                                                      :
                                                                 :
                                     Plaintiff,                  :    23 Civ. 10528 (JPC)
                                                                 :
              -v-                                                :    ORDER
                                                                 :
HIRSHLEIFERS, INC.,                                              :
                                                                 :
                                     Defendant.                  :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On December 11, 2023, Plaintiff served Defendant with copies of the Summons and Complaint. Dkt. 5. Defendant's deadline to respond to the Complaint was therefore January 2, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until January 19, 2024. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by January 26, 2024.

SO ORDERED.

Dated: January 16, 2024
       New York, New York
                                                           _____
                                                                JOHN P. CRONAN
                                                           United States District Judge