```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
PEDRO LIZ, on behalf of himself and all others similarly               :
situated,                                                              :
                                                                       :
                                  Plaintiff,                           :     23 Civ. 10528 (JPC)
                                                                       :
                -v-                                                    :     ORDER
                                                                       :
HIRSHLEIFERS, INC.,                                                    :
                                                                       :
                                  Defendant.                           :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

    The conference scheduled for May 16, 2024, at 10:00 a.m. is adjourned to May 16, 2024, at 12:00 p.m.  In addition, the conference shall be conducted telephonically rather than in person. Accordingly, at the scheduled time the parties should call (866) 434-5269, access code 9176261.

    SO ORDERED.

Dated: May 6, 2024  
       New York, New York

                                                                            JOHN P. CRONAN  
                                                           United States District Judge